IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | No. 9:20-CR-37 |
| COLT JAMES LAMBRIGHT § | |

## **AMENDED ELEMENTS OF THE OFFENSE**

You are charged in Count One of the indictment with a violation of 18 U.S.C. §922(g), Possession of a Firearm by a Prohibited Person.

The essential elements which must be proven to establish the violation are:

1. The defendant has been convicted of a crime punishable by imprisonment for a term exceeding one year;

2. The defendant possessed a firearm or ammunition in or affecting interstate commerce; or

3. The defendant received a firearm or ammunition which had been shipped or transported in interstate commerce;

4. The defendant, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed and/or received said firearm; and

5. The defendant committed the offense in the EDTX.

Respectfully submitted,

STEPHEN J. COX
UNITED STATES ATTORNEY
*/s/ Tommy L. Coleman*
Tommy L. Coleman
Special Assistant United States Attorney
Texas Bar: 24034383
415 S. First, Suite 201
Lufkin, Texas 75901
(936) 639-4003
(936) 639-4033 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered by electronic delivery to defendant's attorney, Dana T. Williams, on the 6th of October 2020.

*/s/ Tommy L. Coleman*
Tommy L. Coleman