| | | | | |
|---|---|---|---|---|
| DATE | February 18, 2021 | | CASE NUMBER | 9:20cr37(1) |
| LOCATION | BEAUMONT DIVISION | | USA | Tommy Coleman   Assigned |
| JUDGE | MICHAEL J. TRUNCALE | | VS | "   Appeared |
| DEPUTY CLERK | Jill Veazey / Brandy Fairley | | | |
| RPTR/ECRO | Chris Bickham | | | COLT JAMES LAMBRIGHT |
| USPO | Deanna Splawn | | | Defendant |
| INTERPRETER | | | | Dana Williams |
| BEGIN | 2:04 | | | Attorney |
| Adjourn | 2:36 | | | |

Total In-Court Time: **32 MINS**

## SENTENCING

✓ Sentencing held        ☐ Sentencing called

✓ Court adopts presentence report        ✓ Court Accepts Plea Agreement

✓ Plea Agreement UNSEALED pursuant to Local Rule CR-49

☐ Court adopts presentence report w/exception of:

| CT | CUSTODY | FINE | PROB | REST | SUP/REL | SP/ASSESS |
|---|---|---|---|---|---|---|
| 1 | 5 Months | $5,500.00 | ---- | ----- | 3 years | $100.00 |
| Of | | | | | | |
| Ind | | | | | | |

**SPECIAL CONDITIONS:**

✓ . . . . . .   Shall abide by **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.

✓ . . . . .   Dft shall comply with the mandatory and special conditions as set forth in the Presentence Report.

✓ . . . . . .   Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.

☐ . . . . . .   Dft remanded to the USM.            ☐ Denial of ALL Federal benefits for a period of       years
✓ . . . . . .   Dft ordered to surrender   **4/5/21**   to   ✓ designated institution.
☐ . . . . . .   Bond continued ☐ previous bond in this case $       type _____ ☐ other case No.
☐ . . . . . .   Oral Motion - Govt - to Dismiss All Remaining Counts
☐ . . . . . .   Oral Order - Granted  - All Remaining Counts are dismissed
☐ . . . . . .   Dft failed to appear     ☐ Order for arrest warrant   ☐ bond forfeited.
✓ . . . . . .   **Dft advised of right to appeal and apply for court appointed counsel.**

☐ See reverse/attached for additional proceedings